■ RONALD WHITE et al., Appellant, v PETER HOFFMAN, Respondent. [22 NYS3d 840]—

Order, Supreme Court, New York County (Joan M. Kenney, J.), entered on or about August 8, 2014, which denied plaintiffs' motion for partial summary judgment on the issue of liability, unanimously affirmed, without costs.

Plaintiff Ronald White alleges that he was injured when, while riding his bicycle on a designated path, defendant fellow bicyclist made a sudden left hand turn in front of plaintiff causing him to strike defendant's bicycle. The record, including the parties' deposition testimony, presents triable issues of fact as to whose negligence caused the subject accident (*see Bruni v City of New York*, 2 NY3d 319, 328 [2004]).

We have considered plaintiffs' remaining arguments and find then unavailing. Concur—Tom, J.P., Sweeny, Richter and Manzanet-Daniels, JJ.